UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Cause Nos. | 1:20-CR-77-HAB |
| | ) | | 1:20-CR-33-HAB |
| HENRY UNDERWOOD | ) | | |

**OPINION AND ORDER**

*Pro se* Defendant, Henry Underwood, has filed a letter with the Court seeking the appointment of counsel in his case. (ECF No. 141). Although the letter is captioned with cause number 1:20-CR-77, the Defendant's letter references proceedings in 1:20-CR-33.[1] Accordingly, the Court construes the letter to be a request for the appointment of counsel in both cases. This request is GRANTED. Defendant's current standby counsel, Stanley L. Campbell, is appointed to serve as counsel for Defendant in both cases.

The Defendant is reminded that, from this point forward, he is required to speak to the court through his court-appointed counsel, Mr. Campbell. He may not file his own motions or objections, and the Court is not required to respond to them if he does. *See United States v. Cross*, 962 F.3d 892, 899 (7th Cir. 2020) ("[a] defendant does not have a right to represent himself when he is also represented by counsel."); *United States v. Gwiazdzinski,* 141 F.3d 784, 787 (7th Cir.1998) ("A defendant does not have an affirmative right to submit a pro se brief when represented by counsel.") (citation omitted).

Based on the above, the Court:

(1) CONSTRUES Defendant's letter as a request for appointment of counsel in Cause Nos. 1:20-CR-77 and 1:20-CR-33;

---

[1] Because of the references to cause number 1:20-CR-33, the Clerk also filed the same letter in 1:20-CR-33 at ECF No. 173.

(2) GRANTS the Defendant's request for the appointment of counsel (ECF No. 141);

(3) APPOINTS Attorney Stanley L. Campbell to represent the Defendant in cause number 1:20-CR-33 and 1:20-CR-77;

(4) DIRECTS the CLERK to file this Opinion and Order in Cause Nos. 1:20-CR-33 and 1:20-CR-77 and show Attorney Campbell as defendant's counsel on the docket in each case;

(5) VACATES the sentencing in 1:20-CR-33, set for December 15, 2022, at 10:00 AM. A telephonic status conference will be set by separate entry; and

(6) CONFIRMS all trial-related dates in 1:20-CR-77.

SO ORDERED on December 13, 2022.

 s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT